# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WATERBURY KITCHEN AND BATH, INC. et al. | : | NO. 22-447 |
| Defendants | : | |

## ORDER

**AND NOW**, this 23rd day of August, 2023, upon consideration of SJM Appliance's Motion for Summary Judgment (Doc. No. 48), Waterbury Kitchen and Bath's and Breakwater Plumbing's Joinders (Docs. Nos. 50 & 51), State Farm's Responses (Doc. Nos. 52, 53, & 54), SJM Appliance's Reply (Doc. No. 57), and State Farm's Surreply (Doc. No. 59), as well as the representations of counsel at the June 1, 2023 Oral Argument, it is hereby **ORDERED** that the Motion (Doc. No. 48) is **GRANTED** for the reasons set forth in the accompanying memorandum. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE